[No. 37500-8-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE
CEDRIC DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-04481-8, Deborah D. Fleck, J., entered
October 5, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 37596-2-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. AUTUMN
L. GARDINER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-05557-7, Liem E. Tuai, J., entered
October 27, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 38450-3-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BASHIR
MESSIAH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-07866-8, Norma Smith Huggins, J.,
entered April 1, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 17582-7-II.    Division Two.    December 20, 1996.]

GREGORY ACHTERKIRCHEN, ET AL., *Appellants*, v.
JEROME LOOMANS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-2-02190-6, Waldo F. Stone, J., entered
September 3, 1993. *Affirmed in part* and *reversed in part*
by unpublished opinion per Turner, J., concurred in by
Seinfeld, C.J., and Armstrong, J.